Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AYERS, <br><br> Defendant. | Case No 3:13-cv-02385-WHO <br><br> PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT <br><br> FOR:  HON. WILLIAM H. ORRICK |

**NOTICE IS HEREBY GIVEN**, to this Honorable Court that Plaintiff J & J Sports Productions, Inc. and Defendant have settled all claims to the above-entitled action in *their entirety,* and Plaintiff respectfully requests this Court take judicial notice of same.

Settlement documents, including a Stipulation of Dismissal, are being prepared and will be forwarded to defendant's counsel by Plaintiff's counsel, and Plaintiff's counsel anticipates the Stipulation of Dismissal will be filed with the Court, *promptly*.

///

///

///

///

Page 1

**WHEREFORE,** Plaintiff J & J Sports Productions, Inc. and Defendant respectfully request that all presently calendared deadlines and appearances, now be vacated.

Respectfully submitted,

Dated: July 9, 2014        *s/Thomas P. Riley*
                           **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                           By: Thomas P. Riley
                           Attorneys for Plaintiff
                           J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On July 9, 2014, I caused to serve the following documents entitled:

**PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE OF SETTLEMENT**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was addressed to:

Mr. Richard Huntington Gray        (Attorneys for Defendant)
LAW OFFICE OF RICHARD H. GRAY
1500 River Park Drive, Suite 115
Sacramento, CA 95815

The fully sealed envelope with pre-paid postage was thereafter placed in our law firm's outbound mail receptacle in order that this particular piece of mail could be taken to the United States Post Office in South Pasadena, California later this day by myself (or by another administrative assistant duly employed by our law firm).

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on July 9, 2014, at South Pasadena, California.

Dated: July 9, 2014                *s/Vanessa Ventura*
                                    **VANESSA VENTURA**